[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 17, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15395
Non-Argument Calendar

_____

D. C. Docket No. 07-00038-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUFUS WALKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 17, 2008)

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Rufus Walker, has filed a motion

to withdraw on appeal supported by a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d. 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw it **GRANTED** and Walker's convictions and sentences are **AFFIRMED**.